BRIAN J. STRETCH
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
SUNDEEP R. PATEL, CSBN 242284
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8981
    Facsimile: (415) 744-0134
    E-Mail: Sundeep.patel@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN F. WALTERS, | ) CIVIL NO. 15-01967 |
| | ) |
|    Plaintiff, | ) **STIPULATION AND PRO~~POS~~ED** |
| | ) **ORDER FOR EXTENSION OF** |
|    v. | ) **TIME TO FILE ADMINISTRATIVE** |
| | ) **RECORD** |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
|    Defendant. | ) |

    The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to file her Administrative Record, due to an

-1-

unexpected problem with the CD that contained a transcript of Plaintiff's administrative hearing. Agency counsel was unaware of the problem until today because he was on leave. Defendant's deadline was June 30, the day the answer was filed, and the new deadline will be July 29, 2016. Plaintiff's summary judgment motion shall be due 30 days after Defendant files the administrative record. All other deadlines in the Court's Scheduling Order shall be modified accordingly.

                                              Respectfully submitted,

Date: July 11, 2016

                          By:   */s/ Terry LaPorte**
                               *\* By email authorization on July 11, 2016*
                                  Attorney for Plaintiff

                                  BRIAN J. STRETCH
                                  United States Attorney

Dated: July 11, 2016          By:   */s/ Sundeep R. Patel*
                                  SUNDEEP R. PATEL
                                  Special Assistant United States Attorney

**IT IS HEREBY ORDERED** that the Defendant shall have an additional 30 days, until July 29, 2016, to file the administrative record, and that all other dates in the Court's Case Management Order shall be extended accordingly.

Date: July 26, 2016

                                  Honorable Edward Chen

*IT IS SO ORDERED*
*Judge Edward M. Chen*

-2-