UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN F. WALTERS,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br><br>    Defendant. | Case No. 15-cv-01967-EMC<br><br>**ORDER GRANTING MOTION FOR ATTORNEY'S FEES**<br><br>Docket No. 21 |

The Court has reviewed Mr. LaPorte's fee motion and the government's response thereto, as well as a declaration from Mr. Laporte's client, Mr. Walters, supporting the fee motion. The Court finds that the fee request is reasonable. There is no indication that Mr. LaPorte engaged in any unnecessary delay. Also, the effective hourly rate of $393 (*i.e.*, $15,134.71 ÷ 38.5 hours) is less than Mr. LaPorte's asserted $450 noncontingent rate. Finally, the Court notes that the effective hourly rate is roughly comparable to that awarded to Mr. Laporte in another Social Security decision. *See Speciale v. Berryhill*, No. 16-cv-01659-BLF, 2019 U.S. Dist. LEXIS 53327, at *5 (N.D. Cal. Mar. 28, 2019) (taking note that, "based on Counsel's representation that he spent 32.5 hours on the case, a fee award in the amount requested would result in an effective hourly rate of approximately $335").

///
///
///
///
///
///

Accordingly, the fee motion is hereby **GRANTED**. Mr. LaPorte is awarded $15,134.71 in fees. Mr. LaPorte shall promptly reimburse the EAJA award ($7,300) to Mr. Walters.

This order disposes of Docket No. 21.

**IT IS SO ORDERED**.

Dated: July 26, 2019

_____
EDWARD M. CHEN
United States District Judge